# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY MIRANDA,<br><br>        Petitioner,<br><br>     v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>        Respondents. | Case No. 1:26-cv-03325-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE EXHIBIT CITED IN RESPONSE |

On May 12, 2026, Respondents filed a response to the petition. (ECF No. 9.) Therein, Respondents cite to "Exh. 1" but the only document attached to the response is a certificate of service.

Accordingly, within TWO (2) days of the date of service of this order, Respondents SHALL file the "Exh. 1" cited in the response.

IT IS SO ORDERED.

Dated:   **May 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge