UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY MIRANDA,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-03325-KES-SAB (HC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br>Docs. 1, 14 |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 17, 2026, the assigned magistrate judge issued findings and recommendations that recommended dismissing the petition as moot. Doc. 14. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. The parties were advised that failure to file objections within the specified time may result in the waiver of rights. Doc. 14 at 2. To date, no objections have been filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court **ORDERS**:

1. The findings and recommendations issued on August 17, 2026, Doc. 14, are **ADOPTED** in full.
2. The petition for writ of habeas corpus, Doc. 1, is **DISMISSED** as moot.
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: September 16, 2026

UNITED STATES DISTRICT JUDGE